UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| DAVID CROSBIE, ET AL., | ) | SA CV 08-1345 AHS (SSx) |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| ENDEAVORS TECHNOLOGIES, INC., ET AL., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The Court, having granted defendants Endeavors Technologies, Inc. and Stream Theory, Inc.'s ("Moving Defendants") Motion to Dismiss the Second Amended Complaint with prejudice for the reasons set forth in the Court's Order filed on October 22, 2009, and having determined that there is no just reason for delay in entering judgment as to the Moving Defendants,

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is entered in this action as follows:

1. Plaintiffs shall recover nothing from the Moving Defendants;

```
 1        2.   The Moving Defendants shall have judgment in their
 2             favor on Plaintiff's entire action; and
 3        3.   The Moving Defendants shall recover from
 4             Plaintiffs their costs of suit in the sum of
 5             $_____.
 6    The Clerk is ordered to enter this judgment.
 7    Dated:  December 2, 2009.
 8
 9
10                              ALICEMARIE H. STOTLER
11                           ALICEMARIE H. STOTLER
12                           U.S. DISTRICT JUDGE
```